IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GAYLORD DUFF, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUDY REMIL ET AL, )<br>)<br>Defendants. )<br>) | 8:05cv140<br><br>ORDER |

The Clerk's Office has requested that Document Numbers 10,11,12,13,14,15,16 and 17 be stricken from the record for the following reason:

- Incorrect event used.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Numbers 10, 11, 12, 13, 14, 15, 16 and 17 from the record. The parties have been instructed to refile the documents.

DATED this 25th day of May, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge