IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GAYLORD DUFF, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV140 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JUDY REMIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion for leave to withdraw of Eileen McBride (Filing No. 34) as counsel for the defendants, Fred Britten, Robert Houston, Karen Shortridge, Donald Stenberg, Charles West, Linda Leonard, Scott Marshall, Frank Hopkins, Linda Willard, Valery Granholm aka Valery Granhol, Ken Schmit aka Ken Smidt, James Gosch aka James Gesch and Brad Exstrom, in their individual capacities. Substitute counsel from the Attorney General's office has simultaneously entered an appearance for these defendants. The Court finds Ms. McBride has shown good cause for her withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Eileen McBride as attorney for the above listed defendants (Filing No. 34) is granted.

2. The Clerk of Court shall stop all electronic notices to Eileen McBride regarding this case.

DATED this 3rd day of June, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge