FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

APR 14 2006

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GAYLORD DUFF, | ) | |
| | ) | Case Number: 8:05CV-00140 |
| Plaintiff, | ) | |
| | ) | CONSENT TO EXERCISE OF |
| v. | ) | JURISDICTION BY A UNITED STATES |
| | ) | MAGISTRATE JUDGE AND ORDER |
| VALERY GRANHOLM, et al., | ) | OF REFERENCE |
| | ) | |
| Defendants. | ) | |

CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636© and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trail, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | | Name of Party | Date |
|---|---|---|---|
| [signature] | For | Valery Granholm | 04/07/06 |
| [signature] | For | Robert Houston | 04/07/06 |
| [signature] | For | Charles West | 04/07/06 |
| [signature] | For | Gaylord Duff | 4/11/06 |

ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Thomas D. Thalken United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Div. P. 73 and the foregoing consent of the parties.

4/14/06
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.