IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GAYLORD DUFF, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV140 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| VALERY GRANHOL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion for leave to withdraw of Maureen Hannon (Filing No. 76) as counsel for the defendants, Robert Houston, Charles West, and Valery Granholm aka Valery Granhol, in their individual capacities. Substitute counsel from the Attorney General's office has simultaneously entered an appearance for these defendants. The court finds Ms. Hannon has shown good cause for her withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Maureen Hannon as attorney for the above listed defendants (Filing No. 76) is granted.

2. The Clerk of Court shall stop all electronic notices to Maureen Hannon regarding this case.

DATED this 7th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge