FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 JAN -8 AM 7: 37

OFFICE OF THE CLERK

**IMPORTANT NOTICE: AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO "consent@ned.uscourts.gov." DO NOT ELECTRONICALLY FILE THIS FORM OR SUBMIT IT TO CHAMBERS.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

Gaylord Duff _____.
                    Plaintiff

v.

Valery Greenholtz _____.
                    Defendant

)
)
)
)
)
)
)
)

Case Number: 8:05CV00140

**CONSENT TO EXERCISE
OF JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE**

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| | For George Green | 3 Jan 07 |
| | For Gaylord Duff | 1/4/07 |
| | For | |
| | For | |
| | For | |