IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GAYLORD DUFF, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV140 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| VALERY GRANHOL, | ) | |
| ROBERT HOUSTON, | ) | |
| CHARLES WEST and | ) | |
| GEORGE GREEN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants Valery Granholm[1], Charles West, Robert Houston George Green's Motion to Dismiss (Filing No. 6). On May 12, 2005, the defendants sought dismissal of the plaintiff's claims against due to insufficient service of process pursuant to Fed. R. Civ. P. 12(b)(5). Since that time, all of these defendants have filed answers to the complaint and submitted to the jurisdiction of the court. Accordingly,

**IT IS ORDERED:**

The Motion to Dismiss (Filing No. 6) is denied.

DATED this 8th day of January, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

---

[1] The name Valery Granholm is misspelled in the complaint and caption of the case and hereinafter will be referred to by the correct spelling of her name.