**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **GAYLORD DUFF,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05CV140** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **VALERY GRANHOLM, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motions for leave to withdraw of Kimberley Taylor-Riley (Filing Nos. 93 and 94) as counsel for the defendants, Robert Houston, Charles West, Valery Granholm and George Green, in their individual capacities. Substitute counsel from the Attorney General's office has simultaneously entered an appearance for these defendants. The court finds Ms. Taylor-Riley has shown good cause for her withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Kimberley Taylor-Riley as attorney for the defendants (Filing Nos. 93 and 94) is granted.

2. The Clerk of Court shall stop all electronic notices to Kimberley Taylor-Riley regarding this case.

DATED this 26th day of January, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge